**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ROLAND C. JACKSON | ) | Case No. 15-15328-EEB |
| SSN: XXX-XX-5023 | ) | |
| DIANE P. JACKSON | ) | Chapter 11 |
| SSN: XXX-XX-7604 | ) | |
| | ) | |
|     Debtors. | ) | |
| | | |
| In re: | ) | |
| | ) | |
| GONPHYSION, LLC | ) | Case No. 15-15329-EEB |
| EIN: 84-1575809 | ) | |
| | ) | Chapter 11 |
|     Debtor. | ) | |
| | ) | **Jointly Administered with** |
| | ) | **Case No. 15-15328-EEB** |

---

**GONPHYSION MOTION FOR VOLUNTARY DISMISSAL**

---

    Debtor, Gonphysion, LLC ("Gonphysion"), by its attorney, Guy Humphries, and pursuant to Section 1112(b) of the Bankruptcy Code and Bankruptcy Rule 1017, move that it be voluntarily dismissed from this jointly administered Chapter 11 proceeding. As grounds therefore, Gonphysion states:

    1.    Gonphysion filed its Chapter 11 case on May 14, 2015. Gonphysion, along with Debtors Roland and Diane Jackson ("Jacksons") are the debtors in this jointly administered case.

    2.    The Jacksons and Gonphysion filed a joint Disclosure Statement, with a Plan of Reorganization attached as an Exhibit, on March 10, 2016. The United States Trustee filed an Objection to the Adequacy of the Disclosure Statement [**Docket #62**] and the Court submitted Comments on the Disclosure Statement [**Docket #67**].

    3.    Gonphysion believes that it can address the objections and comments to the Disclosure Statement and ultimately confirm a joint Plan of Reorganization. However, Gonphysion believes that a voluntarily dismissed of this Chapter 11 proceeding will serve the best interests of all parties.

    4.    Gonphysion believes a dismissal of this Chapter 11 case is appropriate for the following reasons: the Jacksons and Gonphysion have negotiated voluntary workout arrangements with their two primary secured creditors. These Chapter 11 cases were

filed initially because of collection actions being undertaken by one of these secured creditors; the primary objective of these Chapter 11 filings was to restructure the obligation of this secured creditor. The Chapter 11 process is no longer needed to accomplish this objective. The Jacksons and Gonphysion will continue to operate their two Papa Murphy's franchise restaurants. Secured and unsecured creditors will be paid primarily from the income generated by this business. Debtors anticipate that payment arrangements will be made with unsecured creditors. Finally, continuing toward plan confirmation in this case is an expensive and time consuming process. Gonphysion believes its time and energies are better spent outside of the Chapter 11 process.

    5.   Section 1112(b) of the Bankruptcy Code provides that on request and after notice and a hearing, the Court shall dismiss or convert a Chapter 11 case, whichever is in the best interests of creditors and the estate. For the reasons stated above, dismissal serves the best interests of Gonphysion, their creditors and the estate.

    6.   A comparable Motion for Voluntary Dismissal is being contemporaneously filed for the Jacksons.

    WHEREFORE, Gonphysion requests that the Court dismiss this Chapter 11 case and that it be granted such further relief as is appropriate.

Dated: May 16, 2016         Respectfully Submitted,

                                   s/ Guy Humphries
                                   Guy Humphries, #10541
                                   1801 Broadway, Suite 1400
                                   Denver, Colorado  80202
                                   (303)832-0029
                                   (303)292-3661-FAX
                                   Guyhumphries@msn.com

                                   ATTORNEY FOR GONPHYSION

**CERTIFICATE OF MAILING**

    I hereby certify that on the <u>16th</u> day of May, 2016, a true and correct copy of the foregoing **GONPHYSION MOTION FOR VOLUNTARY DISMISSAL and NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF GONPHYSION MOTION FOR VOLUNTARY DISMISSAL** has been deposited in the United States mail, postage prepaid and properly addressed to the following:

Leo Weiss, Esq.
United States Trustee
1961 Stout Street, Suite 12-100
Denver, CO 80294

Brian Berardini, Esq.
Brown, Berardini & Dunning
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222

Shay Denning, Esq.
Maynes, Bradford, Shipps & Sheftel
835 East Second Ave., Suite 123
Durango, CO 81301

Holly Shilliday, Esq.
McCarthy & Holthus
7700 E. Arapahoe Road, Suite 230
Centennial, CO 80112

Joli Lofstedt, Esq.
Connolly, Rosania & Lofstedt, P.C.,
950 Spruce Street, #1C,
Louisville CO 80027

Rolly and Patricia Jackson
P.O. Box 2710
Pagosa Springs, CO 81147

    And further certify that on the date set forth above, a true and correct copy of the **NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF GONPHYSION MOTION FOR VOLUNTARY DISMISSAL** was served by United States Mail, first class, postage prepaid, addressed to the individuals and entities listed on the attached Exhibit A.

                                           <u>s/ Rosalie Brennan</u>