B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  Roland C and Diane P Jackson  
*Debtor*

Case No. 15-15328 EEB

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  APRIL 2016  

Date filed:

Line of Business:  Retail Sales  

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Roland C Jackson*  
Original Signature of Responsible Party

Roland C Jackson  
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☒ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL INCOME | $ | 8,922.13 |

**SUMMARY OF CASH ON HAND**

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 43,062.41 |
| Cash on Hand at End of Month | $ | 49,065.50 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL | $ | 49,065.50 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 2,919.04 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 8,922.13 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 2,919.04 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 6,003.09 |

B 25C (Official Form 25C) (12/08)

# UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 67,687.60

*(Exhibit D)*

# MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 0.00

*(Exhibit E)*

# BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

# EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

# PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ 58,814.09 | $ |
| EXPENSES | $ | $ 50,071.35 | $ |
| CASH PROFIT | $ | $ 8,742.74 | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ _____

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

Roland C and Diane P Jackson

Reporting Period 04/01/2016 – 04/30/2016

Taxes

The tax returns for the years 2015 have been extended and the accountants will start on the returns in June 2015.

Question #2

We have not been able to pay the 1st Mortgage Payment of 5,168.76 for 06/2015, 07/2015, 08/2015, 09/2015, 10/2015, 11/2015, 12/2015, 01/2016, 02/2016, 03/2016 and 04/2016 nor the Second Mortgage Payment of 1,000.00 for 06/2015, 07/2015, 08/2015, 09/2015, 10/2015, 11/2015, 12/2015, 01/2016, 02/2016, 03/2016 and 04/2016 as no funds were available.

11:11 PM
05/23/16
Accrual Basis

# Rolly and Pat Jackson
## Profit & Loss
### April 2016

|  | Apr 16 |
|---|---:|
| **Income** | |
| **Income** | |
| Oil and gas Revenues | 835.16 |
| Other Funds Received | 5,220.97 |
| Social Security | 2,866.00 |
| **Total Income** | 8,922.13 |
| **Total Income** | 8,922.13 |
| **Expense** | |
| Animal Care | 842.74 |
| Automobile Expense | 120.36 |
| Bankruptcy Fees | 325.00 |
| Charitable Contributions | 100.00 |
| Clothing | 31.79 |
| Groceries, Medicines, & Dry Gds | 503.46 |
| Household Items | 62.56 |
| Lucky Dog Operating | 400.00 |
| Meals and Entertainment | 261.58 |
| Medical | 45.00 |
| Miscellaneous Expense | 130.58 |
| Travel Expense | 7.77 |
| Utilities | 88.20 |
| **Total Expense** | 2,919.04 |
| **Net Income** | 6,003.09 |

11:13 PM
05/23/16
Accrual Basis

# Rolly and Pat Jackson
## Profit & Loss Detail
### April 2016

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | |
| **Income** | | | | | | | | | |
| **Oil and gas Revenues** | | | | | | | | | |
| Deposit | 04/01/2016 | | | Deposit | | Rolly and Pat J... | | 584.37 | 584.37 |
| Deposit | 04/26/2016 | | | Midstates | | Rolly and Pat J... | | 250.79 | 835.16 |
| Total Oil and gas Revenues | | | | | | | 0.00 | 835.16 | 835.16 |
| **Other Funds Received** | | | | | | | | | |
| Deposit | 04/07/2016 | | IRS | tax refund | | Rolly and Pat J... | | 2,505.00 | 2,505.00 |
| Deposit | 04/07/2016 | | IRS | tax refund | | Rolly and Pat J... | | 2,564.00 | 5,069.00 |
| Deposit | 04/12/2016 | | | Carmen | | Rolly and Pat J... | | 150.00 | 5,219.00 |
| Deposit | 04/30/2016 | | | Interest | | Rolly and Pat J... | | 1.97 | 5,220.97 |
| Total Other Funds Received | | | | | | | 0.00 | 5,220.97 | 5,220.97 |
| **Social Security** | | | | | | | | | |
| Deposit | 04/13/2016 | | | Deposit | | Rolly and Pat J... | | 1,659.00 | 1,659.00 |
| Deposit | 04/19/2016 | | | Deposit | | Rolly and Pat J... | | 1,207.00 | 2,866.00 |
| Total Social Security | | | | | | | 0.00 | 2,866.00 | 2,866.00 |
| Total Income | | | | | | | 0.00 | 8,922.13 | 8,922.13 |
| Total Income | | | | | | | 0.00 | 8,922.13 | 8,922.13 |
| **Expense** | | | | | | | | | |
| **Animal Care** | | | | | | | | | |
| Check | 04/05/2016 | | Tractor Supply | | | Rolly and Pat J... | 140.51 | | 140.51 |
| Check | 04/12/2016 | | Chow Down | | | Rolly and Pat J... | 55.58 | | 196.09 |
| Check | 04/12/2016 | | Tractor Supply | | | Rolly and Pat J... | 120.83 | | 316.92 |
| Check | 04/13/2016 | | Durango Animal Hos... | Deuce | | Rolly and Pat J... | 166.92 | | 483.84 |
| Check | 04/14/2016 | | Tractor Supply | | | Rolly and Pat J... | 74.80 | | 558.64 |
| Check | 04/20/2016 | | Foster Smith | | | Rolly and Pat J... | 158.16 | | 716.80 |
| Check | 04/25/2016 | DC | Tractor Supply | | | Rolly and Pat J... | 125.94 | | 842.74 |
| Total Animal Care | | | | | | | 842.74 | 0.00 | 842.74 |
| **Automobile Expense** | | | | | | | | | |
| Check | 04/04/2016 | | City Market | | | Rolly and Pat J... | 17.00 | | 17.00 |
| Check | 04/11/2016 | | City Market | | | Rolly and Pat J... | 16.25 | | 33.25 |
| Check | 04/18/2016 | | City Market | | | Rolly and Pat J... | 42.45 | | 75.70 |
| Check | 04/20/2016 | | City Market | | | Rolly and Pat J... | 14.50 | | 90.20 |
| Check | 04/25/2016 | DC | City Market | | | Rolly and Pat J... | 14.50 | | 104.70 |
| Check | 04/26/2016 | DC | City Market | | | Rolly and Pat J... | 15.66 | | 120.36 |
| Total Automobile Expense | | | | | | | 120.36 | 0.00 | 120.36 |
| **Bankruptcy Fees** | | | | | | | | | |
| Check | 04/29/2016 | 116 | US Trustee | 821-15-15328 | | Rolly and Pat J... | 325.00 | | 325.00 |
| Total Bankruptcy Fees | | | | | | | 325.00 | 0.00 | 325.00 |
| **Charitable Contributions** | | | | | | | | | |
| Check | 04/27/2016 | DC | Lucky Dog | OLD WEST P... | | Rolly and Pat J... | 100.00 | | 100.00 |
| Total Charitable Contributions | | | | | | | 100.00 | 0.00 | 100.00 |
| **Clothing** | | | | | | | | | |
| Check | 04/25/2016 | DC | Amazon | | | Rolly and Pat J... | 31.79 | | 31.79 |
| Total Clothing | | | | | | | 31.79 | 0.00 | 31.79 |
| **Groceries, Medicines, & Dry Gds** | | | | | | | | | |
| Check | 04/01/2016 | | City Market | | | Rolly and Pat J... | 9.94 | | 9.94 |
| Check | 04/04/2016 | | City Market | | | Rolly and Pat J... | 115.20 | | 125.14 |
| Check | 04/05/2016 | | City Market | | | Rolly and Pat J... | 20.27 | | 145.41 |
| Check | 04/05/2016 | | Vita Sciences | Pat vitamins | | Rolly and Pat J... | 69.88 | | 215.29 |
| Check | 04/06/2016 | | City Market | | | Rolly and Pat J... | 16.61 | | 231.90 |
| Check | 04/06/2016 | DC | VitaCost.com | | | Rolly and Pat J... | 66.51 | | 298.41 |
| Check | 04/12/2016 | | City Market | | | Rolly and Pat J... | 8.98 | | 307.39 |
| Check | 04/15/2016 | | City Market | | | Rolly and Pat J... | 8.04 | | 315.43 |
| Check | 04/15/2016 | | City Market | | | Rolly and Pat J... | 26.60 | | 342.03 |
| Check | 04/20/2016 | | City Market | | | Rolly and Pat J... | 17.08 | | 359.11 |
| Check | 04/25/2016 | DC | City Market | | | Rolly and Pat J... | 6.18 | | 365.29 |
| Check | 04/25/2016 | DC | Mountain Spirits | | | Rolly and Pat J... | 18.16 | | 383.45 |
| Check | 04/25/2016 | DC | City Market | | | Rolly and Pat J... | 37.01 | | 420.46 |
| Check | 04/26/2016 | DC | Amazon | | | Rolly and Pat J... | 72.51 | | 492.97 |
| Check | 04/29/2016 | DC | City Market | | | Rolly and Pat J... | 10.49 | | 503.46 |
| Total Groceries, Medicines, & Dry Gds | | | | | | | 503.46 | 0.00 | 503.46 |
| **Household Items** | | | | | | | | | |
| Check | 04/04/2016 | | Amazon | | | Rolly and Pat J... | 58.15 | | 58.15 |
| Check | 04/25/2016 | DC | Amazon | | | Rolly and Pat J... | 4.41 | | 62.56 |
| Total Household Items | | | | | | | 62.56 | 0.00 | 62.56 |
| **Lucky Dog Operating** | | | | | | | | | |
| Check | 04/21/2016 | | Lucky Dog | April contract I... | | Rolly and Pat J... | 400.00 | | 400.00 |
| Total Lucky Dog Operating | | | | | | | 400.00 | 0.00 | 400.00 |
| **Meals and Entertainment** | | | | | | | | | |
| Check | 04/11/2016 | | Subway | | | Rolly and Pat J... | 5.34 | | 5.34 |
| Check | 04/11/2016 | | McDonalds | | | Rolly and Pat J... | 6.03 | | 11.37 |
| Check | 04/13/2016 | | McDonalds | | | Rolly and Pat J... | 8.17 | | 19.54 |
| Check | 04/18/2016 | | Subway | | | Rolly and Pat J... | 5.88 | | 25.42 |
| Check | 04/18/2016 | | Texas Roadhouse | | | Rolly and Pat J... | 54.87 | | 80.29 |
| Check | 04/18/2016 | | The Villa | | | Rolly and Pat J... | 169.80 | | 250.09 |
| Check | 04/25/2016 | DC | Subway | | | Rolly and Pat J... | 5.08 | | 255.17 |

11:13 PM
05/23/16
Accrual Basis

# Rolly and Pat Jackson
## Profit & Loss Detail
### April 2016

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 04/28/2016 | DC | Subway | | | Rolly and Pat J... | 6.41 | | 261.58 |
| Total Meals and Entertainment | | | | | | | 261.58 | 0.00 | 261.58 |
| **Medical** | | | | | | | | | |
| Check | 04/08/2016 | | la plata Integrated H... | | | Rolly and Pat J... | 45.00 | | 45.00 |
| Total Medical | | | | | | | 45.00 | 0.00 | 45.00 |
| **Miscellaneous Expense** | | | | | | | | | |
| Check | 04/11/2016 | | Weight Watchers | | | Rolly and Pat J... | 19.95 | | 19.95 |
| Check | 04/18/2016 | | Mountain Spirits | | | Rolly and Pat J... | 11.75 | | 31.70 |
| Check | 04/21/2016 | 1045 | Sherry Mellette | P & R haircuts | | Rolly and Pat J... | 50.00 | | 81.70 |
| Check | 04/21/2016 | | bareescentuals | pat makeup | | Rolly and Pat J... | 48.88 | | 130.58 |
| Total Miscellaneous Expense | | | | | | | 130.58 | 0.00 | 130.58 |
| **Travel Expense** | | | | | | | | | |
| Check | 04/18/2016 | | Alta Convenience St... | | | Rolly and Pat J... | 7.77 | | 7.77 |
| Total Travel Expense | | | | | | | 7.77 | 0.00 | 7.77 |
| **Utilities** | | | | | | | | | |
| Check | 04/11/2016 | | Centurylink | | | Rolly and Pat J... | 61.93 | | 61.93 |
| Check | 04/20/2016 | | AT&T | | | Rolly and Pat J... | 26.27 | | 88.20 |
| Total Utilities | | | | | | | 88.20 | 0.00 | 88.20 |
| **Total Expense** | | | | | | | 2,919.04 | 0.00 | 2,919.04 |
| **Net Income** | | | | | | | 2,919.04 | 8,922.13 | 6,003.09 |

11:15 PM
05/23/16

# Rolly and Pat Jackson
## Statement of Cash Flows
### April 2016

|  | Apr 16 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | 6,003.09 |
| Net cash provided by Operating Activities | 6,003.09 |
| Net cash increase for period | 6,003.09 |
| Cash at beginning of period | 43,062.41 |
| Cash at end of period | **49,065.50** |

11:04 PM
05/23/16

# Rolly and Pat Jackson
## Reconciliation Summary
Rolly and Pat Jackson DIP, Period Ending 04/30/2016

|  | Apr 30, 16 |
|---|---|
| **Beginning Balance** | 43,062.41 |
| **Cleared Transactions** | |
| Checks and Payments - 49 items | -2,594.04 |
| Deposits and Credits - 8 items | 8,922.13 |
| **Total Cleared Transactions** | 6,328.09 |
| **Cleared Balance** | 49,390.50 |
| **Uncleared Transactions** | |
| Checks and Payments - 1 item | -325.00 |
| **Total Uncleared Transactions** | -325.00 |
| **Register Balance as of 04/30/2016** | 49,065.50 |
| **Ending Balance** | 49,065.50 |

10:59 PM
05/23/16

# Rolly and Pat Jackson
# Reconciliation Detail
### Rolly and Pat Jackson DIP, Period Ending 04/30/2016

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 43,062.41 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 49 items** | | | | | | |
| Check | 04/01/2016 | | City Market | X | -9.94 | -9.94 |
| Check | 04/04/2016 | | City Market | X | -115.20 | -125.14 |
| Check | 04/04/2016 | | Amazon | X | -58.15 | -183.29 |
| Check | 04/04/2016 | | City Market | X | -17.00 | -200.29 |
| Check | 04/05/2016 | | Tractor Supply | X | -140.51 | -340.80 |
| Check | 04/05/2016 | | Vita Sciences | X | -69.88 | -410.68 |
| Check | 04/05/2016 | | City Market | X | -20.27 | -430.95 |
| Check | 04/06/2016 | DC | VitaCost.com | X | -66.51 | -497.46 |
| Check | 04/06/2016 | | City Market | X | -16.61 | -514.07 |
| Check | 04/08/2016 | | la plata Integrated ... | X | -45.00 | -559.07 |
| Check | 04/11/2016 | | Centurylink | X | -61.93 | -621.00 |
| Check | 04/11/2016 | | Weight Watchers | X | -19.95 | -640.95 |
| Check | 04/11/2016 | | City Market | X | -16.25 | -657.20 |
| Check | 04/11/2016 | | McDonalds | X | -6.03 | -663.23 |
| Check | 04/11/2016 | | Subway | X | -5.34 | -668.57 |
| Check | 04/12/2016 | | Tractor Supply | X | -120.83 | -789.40 |
| Check | 04/12/2016 | | Chow Down | X | -55.58 | -844.98 |
| Check | 04/12/2016 | | City Market | X | -8.98 | -853.96 |
| Check | 04/13/2016 | | Durango Animal Ho... | X | -166.92 | -1,020.88 |
| Check | 04/13/2016 | | McDonalds | X | -8.17 | -1,029.05 |
| Check | 04/14/2016 | | Tractor Supply | X | -74.80 | -1,103.85 |
| Check | 04/15/2016 | | City Market | X | -26.60 | -1,130.45 |
| Check | 04/15/2016 | | City Market | X | -8.04 | -1,138.49 |
| Check | 04/18/2016 | | The Villa | X | -169.80 | -1,308.29 |
| Check | 04/18/2016 | | Texas Roadhouse | X | -54.87 | -1,363.16 |
| Check | 04/18/2016 | | City Market | X | -42.45 | -1,405.61 |
| Check | 04/18/2016 | | Mountain Spirits | X | -11.75 | -1,417.36 |
| Check | 04/18/2016 | | Alta Convenience S... | X | -7.77 | -1,425.13 |
| Check | 04/18/2016 | | Subway | X | -5.88 | -1,431.01 |
| Check | 04/20/2016 | | Foster Smith | X | -158.16 | -1,589.17 |
| Check | 04/20/2016 | | AT&T | X | -26.27 | -1,615.44 |
| Check | 04/20/2016 | | City Market | X | -17.08 | -1,632.52 |
| Check | 04/20/2016 | | City Market | X | -14.50 | -1,647.02 |
| Check | 04/21/2016 | | Lucky Dog | X | -400.00 | -2,047.02 |
| Check | 04/21/2016 | 1045 | Sherry Mellette | X | -50.00 | -2,097.02 |
| Check | 04/21/2016 | | bareescentuals | X | -48.88 | -2,145.90 |
| Check | 04/25/2016 | DC | Tractor Supply | X | -125.94 | -2,271.84 |
| Check | 04/25/2016 | DC | City Market | X | -37.01 | -2,308.85 |
| Check | 04/25/2016 | DC | Amazon | X | -31.79 | -2,340.64 |
| Check | 04/25/2016 | DC | Mountain Spirits | X | -18.16 | -2,358.80 |
| Check | 04/25/2016 | DC | City Market | X | -14.50 | -2,373.30 |
| Check | 04/25/2016 | DC | City Market | X | -6.18 | -2,379.48 |
| Check | 04/25/2016 | DC | Subway | X | -5.08 | -2,384.56 |
| Check | 04/25/2016 | DC | Amazon | X | -4.41 | -2,388.97 |
| Check | 04/26/2016 | DC | Amazon | X | -72.51 | -2,461.48 |
| Check | 04/26/2016 | DC | City Market | X | -15.66 | -2,477.14 |
| Check | 04/27/2016 | DC | Lucky Dog | X | -100.00 | -2,577.14 |
| Check | 04/28/2016 | DC | Subway | X | -6.41 | -2,583.55 |
| Check | 04/29/2016 | DC | City Market | X | -10.49 | -2,594.04 |
| **Total Checks and Payments** | | | | | -2,594.04 | -2,594.04 |
| **Deposits and Credits - 8 items** | | | | | | |
| Deposit | 04/01/2016 | | | X | 584.37 | 584.37 |
| Deposit | 04/07/2016 | | | X | 2,505.00 | 3,089.37 |
| Deposit | 04/07/2016 | | | X | 2,564.00 | 5,653.37 |
| Deposit | 04/12/2016 | | | X | 150.00 | 5,803.37 |
| Deposit | 04/13/2016 | | | X | 1,659.00 | 7,462.37 |
| Deposit | 04/19/2016 | | | X | 1,207.00 | 8,669.37 |
| Deposit | 04/26/2016 | | | X | 250.79 | 8,920.16 |
| Deposit | 04/30/2016 | | | X | 1.97 | 8,922.13 |
| **Total Deposits and Credits** | | | | | 8,922.13 | 8,922.13 |
| **Total Cleared Transactions** | | | | | 6,328.09 | 6,328.09 |

Page 1

10:59 PM
05/23/16

# Rolly and Pat Jackson
## Reconciliation Detail
### Rolly and Pat Jackson DIP, Period Ending 04/30/2016

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Cleared Balance | | | | | 6,328.09 | 49,390.50 |
| **Uncleared Transactions** | | | | | | |
| *Checks and Payments - 1 item* | | | | | | |
| Check | 04/29/2016 | 116 | US Trustee | | -325.00 | -325.00 |
| Total Checks and Payments | | | | | -325.00 | -325.00 |
| Total Uncleared Transactions | | | | | -325.00 | -325.00 |
| Register Balance as of 04/30/2016 | | | | | 6,003.09 | 49,065.50 |
| **Ending Balance** | | | | | 6,003.09 | 49,065.50 |

**CITIZENS BANK** OF PAGOSA SPRINGS
Member FDIC
P.O. Drawer 1508
Pagosa Springs, Colorado 81147-1508

Fairfield office: 27 Talisman Drive • (970) 731-7235
www.citizensbankpagosa.com



Date 4/29/16  Page 1
Account Number  20338293

ROLLY JACKSON
PATRICIA JACKSON
"DEBTOR IN POSSESSION"
PO BOX 2710
PAGOSA SPRINGS CO  81147-2710

### CHECKING ACCOUNTS

| NOW ACCOUNT | | | |
|---|---|---|---|
| Account Number | 20338293 | Number of Enclosures | 3 |
| Previous Balance | 43,062.41 | Statement Dates 4/01/16 thru | 4/30/16 |
| 7 Deposits/Credits | 8,920.16 | Days in the statement period | 30 |
| 49 Checks/Debits | 2,594.04 | Average Ledger | 48,002 |
| Service Charge | .00 | Average Collected | 47,925 |
| Interest Paid | 1.97 | Interest Earned | 1.97 |
| Ending Balance | 49,390.50 | Annual Percentage Yield Earned | 0.05% |
| | | 2016 Interest Paid | 7.69 |

### DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 4/01 | DDA REGULAR DEPOSIT | 584.37 |
| 4/07 | TAX REFUND OTC - TAX REFUND<br>9STOFOKCMI     04/07/16<br>ID #-R334620160GNTX<br>TRACE #-021000027855680 | 2,505.00 |
| 4/07 | TAX REFUND OTC - TAX REFUND<br>9STOFOKCMI     04/07/16<br>ID #-R689890816GNTX<br>TRACE #-021000027857402 | 2,564.00 |
| 4/12 | DDA REGULAR DEPOSIT | 150.00 |
| 4/13 | XXSOC SEC  SSA  TREAS 310<br>9031036030     04/13/16<br>ID #-585165023A  SSA<br>TRACE #-031036030483131 | 1,659.00 |
| 4/20 | XXSOC SEC  SSA  TREAS 310<br>9031736013     04/20/16<br>ID #-266987604A  SSA<br>TRACE #-031736012245956 | 1,207.00 |

**CITIZENS BANK OF PAGOSA SPRINGS**
Member FDIC
Fairfield office: 27 Talisman Drive • (970) 731-7235
www.citizensbankpagosa.com

P.O. Drawer 1508
Pagosa Springs, Colorado 81147-1508

Date 4/29/16  Page 2
Account Number 20338293

NOW ACCOUNT          20338293  (Continued)

### DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 4/26 | ACHOUT MIDSTATES PETROL 2263162434 04/26/16 ID #-16363 TRACE #-091000013448391 | 250.79 |
| 4/30 | INTEREST PAID 30 DAYS | 1.97 |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 4/04 | CITY-MARKET #0445 PAGOSA SPRIN POS PUR CK 04/03/16 00:37 | 9.94 |
| 4/04 | KING SOOPERS 200 COUNTRY PAGOS POS PIN CK 04/04/16 14:42 | 17.00 |
| 4/04 | AMAZON.COM SEATTLE WA POS PMT CK 04/01/16 15:33 | 58.15 |
| 4/04 | KING SOOPERS PAGOSA SPRING CO POS PIN CK 04/04/16 14:32 | 115.20 |
| 4/05 | CITY-MARKET #0445 PAGOSA SPRIN POS PUR CK 04/04/16 00:27 | 20.27 |
| 4/05 | VITA SCIENCES 845-368-1214 NY POS PUR CK 04/02/16 21:56 | 69.88 |
| 4/05 | TRACTOR SUPPLY C 225 US H PAGO POS PIN CK 04/04/16 15:12 | 140.51 |
| 4/06 | CITY-MARKET #0445 PAGOSA SPRIN POS PUR CK 04/05/16 00:45 | 16.61 |
| 4/06 | VCI*VITACOST.COM 800-793-2601 POS PUR CK 04/05/16 20:10 | 66.51 |
| 4/08 | LAPLATA INTEGRATED HEALTH DURA POS PUR CK 04/07/16 00:30 | 45.00 |
| 4/11 | Bill paid-CENTURYLINK | 61.93 |
| 4/11 | SUBWAY 03200680 PAGOSA POS PUR CK 04/08/16 12:07 | 5.34 |
| 4/11 | MCDONALD'S F4771 DURANGO CO POS PUR CK 04/07/16 23:05 | 6.03 |
| 4/11 | KING SOOPERS 200 COUNTRY PAGOS POS PIN CK 04/11/16 14:48 | 16.25 |
| 4/11 | WEIGHTWATCHERS.COM INC 800-221 POS REVL C 04/10/16 11:58 | 19.95 |
| 4/12 | CITY-MARKET #0406 DURANGO CO POS PUR CK 04/11/16 00:34 | 8.98 |
| 4/12 | CHOW DOWN 6 PAGOSA SPRING CO POS PUR CK 04/11/16 12:34 | 55.58 |
| 4/12 | TRACTOR SUPPLY C 225 US H PAGO POS PIN CK 04/11/16 15:13 | 120.83 |
| 4/13 | MCDONALD'S F4771 DURANGO CO POS PUR CK 04/11/16 22:46 | 8.17 |




**CITIZENS BANK OF PAGOSA SPRINGS**
Member FDIC
P.O. Drawer 1508
Pagosa Springs, Colorado  81147-1508

Fairfield office:  27 Talisman Drive • (970) 731-7235
www.citizensbankpagosa.com

```
Date         4/29/16          Page        3
Account Number              20338293
```

NOW ACCOUNT            20338293   (Continued)

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 4/13 | DURANGO ANIMAL HOSPITA DURANGO POS PUR CK 04/11/16 00:53 | 166.92 |
| 4/14 | TRACTOR SUPPLY C 225 US H PAGO POS PIN CK 04/13/16 16:15 | 74.80 |
| 4/15 | CITY-MARKET #0445 PAGOSA SPRIN POS PUR CK 04/14/16 00:34 | 8.04 |
| 4/15 | KING SOOPERS PAGOSA SPRING CO POS PIN CK 04/15/16 09:56 | 26.60 |
| 4/18 | SUBWAY        03200680 PAGOSA POS PUR CK 04/15/16 12:15 | 5.88 |
| 4/18 | ALTA CONVENIENCE 3205 FORT GAR POS PUR CK 04/15/16 01:16 | 7.77 |
| 4/18 | MOUNTAIN SPIRITS WINE AND PAGO POS PUR CK 04/15/16 15:02 | 11.75 |
| 4/18 | CITY MARKET #0245 FUEL  Q PAGO POS PUR CK 04/15/16 00:34 | 42.45 |
| 4/18 | TEXAS ROADHOUSE 2306 MONUMENT POS PUR CK 04/17/16 03:18 | 54.87 |
| 4/18 | THE VILLA PALMER LAKE CO POS PUR CK 04/15/16 01:00 | 169.80 |
| 4/20 | KING SOOPERS 200 COUNTRY PAGOS POS PIN CK 04/19/16 16:08 | 14.50 |
| 4/20 | CITY-MARKET #0445 PAGOSA SPRIN POS PUR CK 04/19/16 00:49 | 17.08 |
| 4/20 | Payment    ATT 9864031006          04/20/16 ID #~134951001EPAYK TRACE #-031100200357806 | 26.27 |
| 4/21 | Xfer to LUCKY DOG OPERATING April labor-Ernie | 400.00 |
| 4/22 | FOSTER SMITH MAIL ORDR 800-381 POS PUR CK 04/21/16 23:33 | 158.16 |
| 4/25 | AMAZON.COM SEATTLE WA POS PIN CK 04/23/16 02:25 | 4.41 |
| 4/25 | SUBWAY        03200680 PAGOSA POS PUR CK 04/24/16 11:53 | 5.08 |
| 4/25 | CITY-MARKET #0445 PAGOSA SPRIN POS PUR CK 04/24/16 01:33 | 6.18 |
| 4/25 | KING SOOPERS 200 COUNTRY PAGOS POS PIN CK 04/23/16 16:40 | 14.50 |
| 4/25 | MOUNTAIN SPIRITS WINE AND PAGO POS PUR CK 04/24/16 14:45 | 18.16 |
| 4/25 | AMAZON.COM SEATTLE WA POS PMT CK 04/24/16 10:48 | 31.79 |
| 4/25 | CITY-MARKET #0445 PAGOSA SPRIN POS PUR CK 04/22/16 00:33 | 37.01 |
| 4/25 | BAREESCENTUALSCOM 888-795-4747 POS PUR CK 04/23/16 03:41 | 48.88 |



**CITIZENS BANK OF PAGOSA SPRINGS**
Member FDIC
*Fairfield office*: 27 Talisman Drive • (970) 731-7235
www.citizensbankpagosa.com

P.O. Drawer 1508
Pagosa Springs, Colorado 81147-1508

Date 4/29/16  Page 4
Account Number 20338293

NOW ACCOUNT       20338293  (Continued)

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 4/25 | TRACTOR SUPPLY C 225 US H PAGO POS PIN CK 04/25/16 10:06 | 125.94 |
| 4/26 | KING SOOPERS PAGOSA SPRING CO POS PIN CK 04/25/16 15:01 | 15.66 |
| 4/26 | AMAZON MKTPLACE PMTS AMZN.COM/ POS PUR CK 04/26/16 03:35 | 72.51 |
| 4/27 | OLD WEST PRESS PAGOSA SPRING C POS PUR CK 04/25/16 17:48 | 100.00 |
| 4/28 | SUBWAY       03200680 PAGOSA POS PUR CK 04/27/16 12:02 | 6.41 |
| 4/29 | CITY-MARKET #0445 PAGOSA SPRIN POS PUR CK 04/28/16 00:54 | 10.49 |

### CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount |
|---|---|---|
| 4/21 | 1045 | 50.00 |

*Indicates Skip in Check Number

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/01 | 43,646.78 | 4/12 | 48,011.82 | 4/22 | 49,634.76 |
| 4/04 | 43,446.49 | 4/13 | 49,495.73 | 4/25 | 49,342.81 |
| 4/05 | 43,215.83 | 4/14 | 49,420.93 | 4/26 | 49,505.43 |
| 4/06 | 43,132.71 | 4/15 | 49,386.29 | 4/27 | 49,405.43 |
| 4/07 | 48,201.71 | 4/18 | 49,093.77 | 4/28 | 49,399.02 |
| 4/08 | 48,156.71 | 4/20 | 50,242.92 | 4/29 | 49,388.53 |
| 4/11 | 48,047.21 | 4/21 | 49,792.92 | 4/30 | 49,390.50 |

### INTEREST RATE SUMMARY

| Date | Interest Rate |
|---|---|
| 3/31 | .05% |




DDA REGULAR DEPOSIT  Date: 04/01  Amount: $584.37

DDA REGULAR DEPOSIT  Date: 04/12  Amount: $150.00

DDA CHECK  1045  Date: 04/21  Amount: $50.00